UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDD      OF LA

2008 AUG 11  P 3:54

BY DEPUTY CLERK

UNITED STATES OF AMERICA

VS.                                                                          3:08-cr-00024-RET-CN-1

JUSTIN VASSUS

FILED: _____          _____
                                                                    DEPUTY CLERK

*************************************************************

## ORDER

Considering the foregoing motion:

**IT IS ORDERED** that the deadline to file objections to defendant's Presentence Investigation Report, currently scheduled for the 25 day of July, 2008, be extended to the 25th day of August, 2008.

Baton Rouge, Louisiana, this 11th day of August, 2008.

_____
USDC Judge